# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA WICKER, INDIVIDUALLY
AND ON BEHALF OF HER
DECEASED SON, LADARIUS
WICKER

VERSUS

FRESENIUS MEDICAL CARE
CAPITAL CITY, LLC D/B/A
FRESENIUS KIDNEY CARE
ASCENSION, ABIGAIL NOBLES,
RN AND TRINETTE GEORGE PCT

NO.   2023 CW 0291

**SEPTEMBER 27, 2023**

---

In Re:   Fresenius Medical Care Capital City, LLC D/B/A Fresenius Kidney Care Ascension, Abigail Nobles, RN, and Trinette George, PCT, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 133397.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT GRANTED.** The district court's March 16, 2023 judgment denying the motion for summary judgment filed by the Defendants is hereby reversed.   When the burden shifted to the Plaintiff, the substantive law, under the facts of this case, required her to do more than simply identify an expert, but further required her to produce expert *testimony* to establish that she had factual support to prove an essential element of her claim; namely, the applicable standard of care and whether the Defendants breached that standard.   See **Jones v. Baton Rouge Gen. Med. Ctr.-Bluebonnet**, 2020-1250 (La. App. 1st Cir. 6/4/21), 327 So.3d 512, 516; **McGrew v. Waguespack**, 2015-1891 (La. App. 1st Cir. 6/3/16), 2016 WL 3132149, at *4-5, writ denied, 2016-1560 (La. 11/18/16), 210 So.3d 286.

As the Plaintiff failed to produce any expert *testimony*, she failed to establish the existence of a genuine issue of material fact or that the Defendants are not entitled to judgment as a matter of law.   Accordingly, we hereby grant the motion for summary judgment filed by the Defendants, Fresenius Medical Care Capital City d/b/a Fresenius Kidney Care Ascension, Abigail Nobles, RN, and Trinette George, PCT, to dismiss the claims asserted by the Plaintiff, Debra Wicker, individually and on behalf of her deceased son, Ladarius Wicker, against these defendants, with prejudice.

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT